# United States Court of Appeals
## For the First Circuit

No. 16-1126

JEFFREY D'AGOSTINO,

Plaintiff, Appellant,

STATE OF CALIFORNIA; STATE OF CONNECTICUT; DISTRICT OF COLUMBIA;
STATE OF FLORIDA; STATE OF GEORGIA; STATE OF HAWAII; STATE OF
ILLINOIS; STATE OF INDIANA; STATE OF LOUISIANA; STATE OF
MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN;
STATE OF MONTANA; STATE OF NEVADA; STATE OF NEW HAMPSHIRE; STATE
OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF
NORTH CAROLINA; STATE OF OKLAHOMA; STATE OF RHODE ISLAND; STATE
OF TENNESSEE; STATE OF TEXAS; COMMONWEALTH OF VIRGINIA; STATE OF
WISCONSIN; JOHN DOE; UNITED STATES; STATE OF DELAWARE; STATE OF
MINNESOTA,

Plaintiffs,

v.

EV3, INC.; MICROTHERAPEUTICS, INC.,

Defendants, Appellees,

JOHN CUBELIC; VITAS J. SIPELIS; JOHN HARDIN; BRETT WALL,

Defendants.

**ERRATA SHEET**

The opinion of this Court issued on December 23, 2016, is
amended as follows:

On page 8, line 17, the word "Center" is replaced with
"Centers."

On page 20, line 12, the word "approval" is replaced with
"approved."